

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

February 15, 2022

The Honorable Katherine P. Failla
United States District Court
Southern District of New York
40 Centre St.
New York, NY 10007



Re:   *Weekes v. GBG Sean John LLC*; Case No. 1:21-cv-10223- KPF

Dear Judge Failla:

We represent plaintiff Robert Weekes ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for February 23, 2022, at 3:00 p.m. The parties request this adjournment since Defendant's answer was due on January 6, 2022, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a certificate of Default as to Defendant, *GBG Sean John LLC,* and to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules. This is Plaintiff's first request for such extension.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

```
Application GRANTED.  The initial pretrial conference in this matter is
hereby ADJOURNED sine die.  Plaintiff shall move for a certificate of
default on or before March 16, 2022.

The Clerk of Court is directed to terminate the motion at docket entry 7.


                                SO ORDERED.

Dated:  February 16, 2022
        New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE